UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLADAPO OLAJIDE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | No. C 19-08048 WHA<br><br>**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER** |

Following dismissal of the first complaint, motion for temporary restraining order, and application to proceed *in forma pauperis* for frivolity (Dkt. No. 8), plaintiff returns with an amended complaint (Dkt. No. 11) and new motion for temporary restraining order (Dkt. No. 12), having paid the filing fee. Plaintiff's new complaint largely repeats the earlier frivolity, but generously read, does allege police mistreatment after a June 2017 traffic stop (Dkt. No. 11 at 4–6). "A plaintiff seeking a preliminary injunction must establish that he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in his favor, and that an injunction is in the public interest." *Winter v. NRDC*, 555 U.S. 7, 20 (2008). That the only alleged mistreatment is over two years ago undercuts a current likelihood of irreparable harm. Plaintiff's motion for temporary restraining order is **DENIED**.

　　　　**IT IS SO ORDERED.**


Dated: December 24, 2019.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE