UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OLADAPO OLAJIDE,

    Plaintiff,

v.

GAVIN NEWSOME, in his official capacity as Governor of California, and XAVIER BECERRA, in his official capacity as Attorney General of California,

    Defendants.

No. C 19-08048 WHA

**JUDGMENT**

For the reasons stated in the accompanying order, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants Gavin Newsome and Xavier Becerra, and against plaintiff Oladapo Olajide. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 10, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE